IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:17MJ399

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| KEVIN ELIEZER VELASQUEZ MELENDEZ ) | |
| a/k/a Kevin Velasquez ) | |

**THIS MATTER** is before the Court on the government's *Motion to Seal*, filed November 17, 2017, in the above referenced matter.

FOR GOOD CAUSE SHOWN, the government's Motion is hereby GRANTED.

The Clerk is also directed to certify copies of this order to the United States Attorney.

This 17th day of November, 2017.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE